FILED

01/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0495

IN THE SUPREME COURT OF THE STATE OF MONTANA
Cause No. DA 23–0495

TOWN OF KEVIN,

      Petitioner and Appellant,

v.

MONTANA DEPARTMENT OF NATURAL RESOURCES AND
CONSERVATION,

      Respondent and Appellee,

CITY OF SHELBY,

      Applicant and Appellee.

**ORDER GRANTING RESPONDENT/APPELLEE DNRC'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF**

Upon consideration of Respondent/Appellee's, Montana Department of
Natural Resources and Conservation's, unopposed motion for an extension of time,
made pursuant to M.R.App.P., Rule 26, and good cause appearing,

IT IS HEREBY ORDERED that Respondent/Appellee is granted an
extension from the current deadline of February 1, 2024, within which to file its
answer brief in the above-captioned matter. Respondent/Appellee's brief is now
due on or before March 4, 2024.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 18 2024